Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for respondent/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

PER CURIAM.

David Turner appeals his sentence of concurrent terms of life and three years imprisonment following the jury's verdict finding him guilty of first degree murder and armed criminal action.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the basis for this order. The judgment is affirmed pursuant to Rule 30.25(b).

Susan K. Eckles, Asst. Public Defender, St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Defendant appeals the judgment upon his conviction by a jury of one count of robbery in the first degree, § 569.020, RSMo 1994, and one count of possession of a controlled substance, § 195.202, RSMo 1994, for which he was sentenced as a persistent offender to consecutive terms of life imprisonment on the robbery count, and ten years' imprisonment on the controlled substance charge. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).

**STATE of Missouri, Plaintiff–Respondent,**

v.

**Russell RHONE, Defendant–Appellant.**

No. 70180.

Missouri Court of Appeals,
Eastern District,
Division One.

April 15, 1997.

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Kenny WILLIAMS, Defendant/Appellant.**

No. 70327.

Missouri Court of Appeals,
Eastern District,
Division One.

April 15, 1997.